United States District Court

For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                            NORTHERN DISTRICT OF CALIFORNIA

7

8    NAOMI CASTILLO-RAMIREZ,                          No. C-09-5938 EMC

9              Plaintiff,

10        v.                                          **ORDER DENYING RAMIREZ'S
                                                      MOTION FOR APPOINTMENT OF
11   COUNTY OF SONOMA, and DOES 1 to                  COUNSEL**
     100, INCLUSIVE,
12                                                    **(Docket No. 28)**
             Defendants.
13   _____/

14

15        Pro per plaintiff Naomi Castillo-Ramirez, through her proposed guardian ad litem Maricela

16   Ramirez, brought this civil rights complaint under 42 U.S.C. § 1983 against Defendants County of

17   Sonoma and Does 1 to 100, alleging that they violated her father's civil rights during his

18   incarceration at the county jail.  Currently pending before the Court is Ms. Ramirez's motion asking

19   that counsel be appointed for Ms. Castillo-Ramirez.  The Court hereby **DENIES** the request for

20   relief.

21        First, the request for relief is improper because, as the Court has previously noted, Ms.

22   Ramirez has not yet been appointed next friend or guardian ad litem for Ms. Castillo-Ramirez and

23   therefore she cannot make a request for relief on Ms. Castillo-Ramirez's behalf.

24        Second, even if Ms. Ramirez had been appointed such, the request for relief would still be

25   improper because, as the Court has previously explained, "a parent or guardian cannot bring an

26   action on behalf of a minor child without retaining a lawyer." *Johns v. County of San Diego*, 114

27   F.3d 874, 877 (9th Cir. 1997).  Ms. Ramirez has not obtained any lawyer.

28

**United States District Court**
For the Northern District of California

1    Finally, even if the Court were to construe the pending motion as a motion made by Ms.

2    Ramirez asking for appointment of counsel for herself (as next friend or guardian ad litem), the

3    Court would still deny the motion.  A district court may appoint counsel for an indigent § 1983

4    litigant only under limited circumstances.  *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.

5    1991).  This "requires an evaluation of both the likelihood of success on the merits and the ability of

6    the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved."

7    *Id.* (internal quotation marks omitted).  In the instant case, Ms. Ramirez has made no attempt to

8    establish the likelihood of success on the merits.  Furthermore, she has not shown that the case is

9    particularly complex.

10    Accordingly, for the reasons stated above, the Court hereby **DENIES** the motion for

11    appointment of counsel.  That denial is without prejudice to a properly appointed guardian making a

12    sufficient showing for appointment of counsel.  The hearing on the motion for appointment of

13    counsel is hereby **VACATED**.

14    This order disposes of Docket No. 28.

15

16    IT IS SO ORDERED.

17

18    Dated:  April 27, 2010

19                                                                        _____
                                                                          EDWARD M. CHEN
                                                                          United States Magistrate Judge

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAOMI CASTILLO-RAMIREZ,                          No. C-09-5938 EMC

        Plaintiff,

        v.

                        **CERTIFICATE OF SERVICE**

COUNTY OF SONOMA, and DOES 1 to
100, INCLUSIVE,

        Defendants.
_____/

     I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

District of California.  On the below date, I served a true and correct copy of the attached, by placing

said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

receptacle located in the Office of the Clerk.

Naomi Castillo-Ramirez                    Maricela Ramirez
2113 W. Steele Lane                     2113 W. Steele Lane
Santa Rosa, CA 95403                  Santa Rosa, CA 95403
707-568-0348                            PRO SE
PRO SE

Dated:  April 27, 2010                  RICHARD W. WIEKING, CLERK

                                 By:    /s/ Leni Doyle
                                       Leni Doyle
                                       Deputy Clerk

**United States District Court**
For the Northern District of California