UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CASTILLO-RAMIREZ,<br><br>              Plaintiff,<br><br>       v.<br><br>COUNTY OF SONOMA, and DOES 1 to 100, INCLUSIVE,<br><br>              Defendants.<br>_____/ | No. C-09-5938 EMC<br><br>**ORDER TO SHOW CAUSE RE DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO TEMPORARILY STAY ACTION**<br><br>**(Docket No. 44)** |

Defendant the County of Sonoma has moved for a temporary stay of this action until (1) entry of an order appointing a next friend or guardian ad litem for Plaintiff Naomi Castillo-Ramirez and (2) the appearance of counsel on Plaintiff's behalf. Court staff has contacted Maricela Ramirez, Plaintiff's proposed next friend or guardian ad litem to determine whether she intends to file an opposition to the County's motion but she has failed to respond.

Accordingly, the Court hereby orders Maricela Ramirez to show cause why the relief requested by Defendant -- *i.e.*, a temporary stay of the litigation -- should not be granted. Her response must be filed and served by **June 9, 2010**.

///

///

///

///

///

1   In the meantime, pending the Court's final decision Defendant's motion for a temporary stay, the Court shall not require Defendant to file and serve a responsive pleading to the first amended complaint, filed on May 11, 2010.

IT IS SO ORDERED.

Dated: May 26, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CASTILLO-RAMIREZ, | No. C-09-5938 EMC |
|        Plaintiff, | |
|    v. | **CERTIFICATE OF SERVICE** |
| COUNTY OF SONOMA, and DOES 1 to 100, INCLUSIVE, | |
|        Defendants.                       / | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Naomi Castillo-Ramirez  
2113 W. Steele Lane  
Santa Rosa, CA 95403  
707-568-0348  
PRO SE

Maricela Ramirez  
2113 W. Steele Lane  
Santa Rosa, CA 95403  
PRO SE

Dated: May 26, 2010                    RICHARD W. WIEKING, CLERK

                                           By:    /s/ Leni Doyle  
                                                  Leni Doyle  
                                                  Deputy Clerk