**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   NAOMI CASTILLO-RAMIREZ,                    No. C-09-5938 EMC
9              Plaintiff,
                                               **ORDER DENYING PLAINTIFF'S**
10        v.                                   **MOTION FOR APPOINTMENT OF**
                                               **COUNSEL**
11  COUNTY OF SONOMA, and DOES 1 to
    100, INCLUSIVE,                            **(Docket No. 61)**
12
               Defendants.
13  _____/
14
15        Plaintiff Naomi Castillo-Ramirez, though her guardian ad litem or next friend Maricela
16  Ramirez, has moved for appointment of counsel.
17        Where a litigant is proceeding in forma pauperis, as here, "[t]he court may request an
18  attorney to represent any person unable to afford counsel."  28 U.S.C. § 1915(e)(1).
19             The decision to appoint such counsel is within "the sound discretion of
               the trial court and is granted only in exceptional circumstances."  A
20             finding of the exceptional circumstances of the plaintiff seeking
               assistance requires at least an evaluation of the likelihood of the
21             plaintiff's success on the merits and an evaluation of the plaintiff's
               ability to articulate his claims "in light of the complexity of the legal
22             issues involved."
23  *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004).
24        Taking into consideration the above factors, the Court **DENIES** the request for appointment
25  of counsel.  Plaintiff has failed to make an adequate evaluation of the likelihood that she will
26  succeed on the merits of the case.  The investigative report of the Sheriff's Department and Autopsy
27  and Toxicology Reports do not appear to support the allegations of the complaint.  Plaintiff has
28

1  offered at this point only speculation and conjecture.  Moreover, although this case may potentially

2  involve some complex medical issues, it is not clear how complex the legal issues will be.

3       The Court reminds Plaintiff that she has until October 13, 2010, to retain counsel and have

4  counsel make an appearance.  If no lawyer makes an appearance in this case on Plaintiff's behalf by

5  that date, then the Court may dismiss the case in its entirety.

6       The Court has previously referred the Plaintiff to the Legal Help Center and the Court's

7  manual for litigants without a lawyer, which is available on the Court's website,

8  www.cand.uscourts.gov.

9       This order disposes of Docket No. 61.

10

11       IT IS SO ORDERED.

12

13  Dated:  September 7, 2010

14                                                          _____
                                                            EDWARD M. CHEN
15                                                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAOMI CASTILLO-RAMIREZ,                    No. C-09-5938 EMC

        Plaintiff,

    v.
                                           **CERTIFICATE OF SERVICE**
COUNTY OF SONOMA, and DOES 1 to
100, INCLUSIVE,

        Defendants.
_____/

        I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern

District of California.  On the below date, I served a true and correct copy of the attached, by placing

said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing

said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery

receptacle located in the Office of the Clerk.

Naomi Castillo-Ramirez                     Maricela Ramirez
2113 W. Steele Lane                        2113 W. Steele Lane
Santa Rosa, CA 95403                       Santa Rosa, CA 95403
707-568-0348                               PRO SE
PRO SE


Dated:  September 7, 2010                   RICHARD W. WIEKING, CLERK


                                    By:  ____/s/ Leni Doyle_____
                                         Leni Doyle
                                         Deputy Clerk