UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CASTILLO-RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, and DOES 1 to 100, INCLUSIVE,<br><br>        Defendants.<br>_____/ | No. C-09-5938 EMC<br><br>**AMENDED ORDER EXTENDING TIME FOR PLAINTIFF TO FIND COUNSEL (Docket No. 80)** |

       Plaintiff Naomi Castillo-Ramirez, acting through her next friend or guardian ad litem Maricela Ramirez, has moved the Court to enlarge the time to obtain counsel. It is so ordered that Plaintiff shall have until January 26, 2011 to find counsel and have that counsel enter an appearance. It is further ordered that the case management conference currently set for January 19, 2011 at 1:30 p.m. is **reset January 26, 2011 at 1:30 p.m.** A joint case management statement shall be filed by January 19, 2 011.

       This order disposes of Docket No. 80.

       IT IS SO ORDERED.

Dated: January 5, 2011

                                                                    _____
                                                                    EDWARD M. CHEN
                                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI CASTILLO-RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants.<br>_____/ | No. C-09-5938 EMC<br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Naomi Castillo-Ramirez  
2113 W. Steele Lane  
Santa Rosa, CA 95403  
707-568-0348  
PRO SE

Maricela Ramirez  
2113 W. Steele Lane  
Santa Rosa, CA 95403  
PRO SE

Dated: January 5, 2011

RICHARD W. WIEKING, CLERK

By: _____  
    Betty Lee  
    Deputy Clerk